IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
JAN 17 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:07cr02-WHA |
| v. ) | [18 U.S.C. 2113(a)] |
| ) | |
| JOHN HENRY MCCORY ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 6, 2006, in Russell County, within the Middle District of Alabama, the defendant,

JOHN HENRY MCCORY,

by force, violence, and intimidation, did take from the person and presence of another approximately $5,816.00, the exact amount being unknown to the Grand Jury, belonging to and in the care, custody, control, management, and possession of Auburn Bank, located at 3700 U.S. Highway 431, Phenix City, Alabama, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

/s/ Barbara J. Alexander
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
Todd A. Brown
Assistant United States Attorney

SCANNED