UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:07-cr-02-WHA |
| | ) | |
| JOHN HENRY McCORY | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against JOHN HENRY McCORY, now in custody of Russell County Jail, Phenix City, AL,, and that said cause is set for arraignment at 10:00am on January 31, 2007, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Russell County Jail, Phenix City, AL, commanding them to deliver said prisoner, JOHN HENRY McCORY, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama.

Respectfully submitted this 22nd day of January, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CR. NO.   3:07-cr-02-WHA |
| ) | |
| JOHN HENRY McCORY ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc#), filed January 22, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Russell County Jail, Phenix City, AL, commanding it to deliver JOHN HENRY McCORY to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this court, to be held at Montgomery, Alabama, on January 31, 2007 at 10:00am, and to return said prisoner to said official when the Court has finished with him.

DONE this the _____ day of January, 2007.


_____
UNITED STATES MAGISTRATE JUDGE