UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   3:07-cr-02-WHA |
| | ) | |
| JOHN HENRY McCORY | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc#4), filed January 22, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Russell County Jail, Phenix City, AL, commanding it to deliver JOHN HENRY McCORY to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this court, to be held at Montgomery, Alabama, on January 31, 2007 at 10:00am, and to return said prisoner to said official when the Court has finished with him.

Done, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE