IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                                 )
      vs.                     )      CASE NUMBER  3:07CR2-WHA
                                 )
JOHN HENRY MCCORY          )

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE WARDEN AND/OR KEEPER OF THE  RUSSELL COUNTY JAIL

                          AT  PHENIX CITY, ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT ALABAMA OR
ANY OTHER UNITED STATES MARSHAL:

GREETING:

      WE command you, that you have the body of  John Henry McCory
a prisoner in your institution and under your control, as it is
said, under safe and secure conduct, to appear before the United
States District Court for the Middle District of Alabama, at the
courtroom of said court, in the city of Montgomery, AL      on 1/31/2007
at  10:00  o'clock  A .M., to answer charges pending in said court
and for such other proceedings as may appear proper to the Court;
and thereafter, that you return the said defendant to the above-
named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

DONE, this the  23rd     day of  January        , 2007 .

                               DEBRA P. HACKETT, CLERK
                               UNITED STATES DISTRICT COURT
                               MIDDLE DISTRICT OF ALABAMA

                               BY:
                                    Deputy Clerk

SCANNED