COURTROOM DEPUTY'S MINUTES                          DATE: February 20, 2007

MIDDLE DISTRICT OF ALABAMA                          Digital Recording: 3:34 - 3:36

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**       **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER: 3:07cr02-WHA**       **DEFENDANT(S) John Henry McCory**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Todd Brown | * * * * | Christine Freeman |

☐ **DISCOVERY STATUS:**
  Completed

☐ **PENDING MOTION STATUS:**
  Ms. Freeman states defendant will be filing a motion to continue in this case
  Government does not oppose the motion

☐ **PLEA STATUS:**
  Likely plea
  Notice of intent to change plea to be filed on or before noon on 2/28/07

☐ **TRIAL STATUS**
  Trial time - 1 ½ days

☐ **REMARKS:**