IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 3:07cr002-WHA

JOHN HENRY MCCORY )

### ORDER

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #14), filed by the Defendant on February 23, 2007. The court finds that, for the reason that additional time is needed by the Defendant to obtain an expert assessment and proposal for appropriate disposition of this matter, the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing March 12, 2007, to the term of court commencing April 23, 2007.

DONE this 26th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE