IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr002-WHA |
| JOHN HENRY MCCORY ) | |

## ORDER

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #17), filed by the Defendant on March 30, 2007. The United States does not oppose the motion.

For the reason that additional time is needed by the Defendant to complete an expert assessment regarding the Defendant's mental condition, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of the Defendant is CONTINUED from the term of court commencing April 23, 2007, and RESCHEDULED for the term of court commencing June 4, 2007.

DONE this 2nd day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE