## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07-cr-02-WHA |
| | ) | |
| JOHN HENRY MCCORY | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, by and through the undersigned counsel and pursuant to 18 U.S.C. § 3161 (h), and respectfully moves this Court to move this matter for trial from the June 4, 2007 trial docket.

In support of this Motion, defendant would show that he does not anticipate taking this case to trial, but in order to determine the appropriate disposition, additional information is needed, as set forth below:

1. Mr. McCory, a sixty-year old veteran of the armed services who served three tours of duty in Viet Nam and has no prior felony record, is charged with bank robbery in this Indictment.

2. Mr. McCory has been examined by Dr. Roy, an expert in the treatment of post-traumatic stress disorder. Dr. Roy has given a preliminary diagnosis of post-traumatic stress disorder, but has also identified certain symptoms which may indicate organic brain damage. Dr. Roy has recommended that defense counsel obtain additional testing of Mr. McCory, by a neurologist.

3. The office of defense counsel has contacted several potential sources for this additional testing, but has not yet resolved all issues relating to the appropriate proposal to

be made for this testing. It is anticipated that defense counsel may need to seek additional orders from the court regarding the logistics for this testing.

4.     Counsel for the prosecution does not oppose this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

    Respectfully submitted,

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for John McCory
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for John McCory
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353