IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr002-WHA |
| JOHN HENRY MCCORY ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #22), filed by the Defendant on May 20, 2007.

The court finds, for the reason that additional time is needed for the Defendant's medical and mental conditions to be evaluated, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from the June 4, 2007 trial docket, and is RESET for the term of court commencing July 9, 2007.

DONE this 21st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE