IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-02-WHA |
| ) | |
| JOHN HENRY MCCORY ) | |

## MOTION TO TRANSPORT CLIENT

**NOW COMES** the Defendant, by and through the undersigned counsel and respectfully moves this Court to direct the U.S. Marshal Service to provide transportation for Mr. McCory for a neurological evaluation at the office of Dr. Benjamin Wouters, M.D., Ph.D.,1722 Pine Street, Suite 700, Montgomery, Alabama, on June 28, 2007, at 10:00 a.m.

In support of this Motion, defendant would show:

1.  Mr. McCory is presently in the custody of the U.S. Marshal Service, pursuant to arrest on this Indictment and a writ of *habeas corpus ad prosequendum*, issued by this Court to the Russell County Jail. (Doc. 5.) On information and belief, Mr. McCory was in the custody of the Russell County Jail pursuant to state criminal charges based on the same facts as those alleged in the present federal indictment.

2  Mr. McCory has been examined by Dr. Roy, an expert in the treatment of post-traumatic stress disorder, and has received a preliminary diagnosis of post-traumatic stress disorder. Dr. Roy also identified certain symptoms which may indicate organic brain damage and has requested additional information and neurological testing of Mr. McCory.

3.  Dr. Wouters is a neurologist, with offices in Montgomery, and has agreed to

conduct said examination, and to arrange for additional necessary tests, including an MRI, all of which will be conducted on June 28. Costs for these examination and tests will be covered by Mr. McCory's veteran's medical benefits. However, such examination and tests cannot be conducted at Mr. McCory's present location, the Montgomery City Jail.

4. Mr. McCory has a constitutional right to conduct relevant investigation and preparation of a defense. *Ake v. Oklahoma,* 470 U.S. 68, 83 (1985).

5. This Court may require the U.S. Marshal to take actions within this district necessary to the administration of justice, including the transport of its prisoners. 28 U.S.C. § 566; *Pennsylvania Bureau of Corrections v. U.S. Marshals Service*, 474 U.S. 34, 38 (1985); *Ford v. Allen*, 728 F.2d 1369, 1370 (11th Cir. 1984) (both construing former 28 U.S.C. §§ 569(b) and 567, which have now been replaced by 28 U.S.C. § 566).

6. Defense counsel has approached the office of the U.S. Marshal regarding appropriate arrangements for this matter and rescheduled a prior neurological exam for the purpose of consulting with the U.S. Marshal Service. The Service has declined to agree to any specific arrangements at this time.

7. Should the State of Alabama dismiss its pending criminal charge against Mr. McCory, which is ultimately anticipated, then a temporary release from federal custody by this Court would permit defense counsel to provide the necessary transportation for Mr. McCory. However, unless and until the State dismisses its charges, full release from federal custody would result in Mr. McCory's being returned to the State custody.

**WHEREFORE**, defendant respectfully requests that this Motion be granted and that the U.S. Marshal be required to transport Mr. McCory to the office of Dr. Ben Wouters on June 28, 2007, on or before 10:00 a.m., and to such other office in Montgomery on June 28 as is necessary to complete his neurological testing on that date.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104