IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 3:07-cr-02-WHA |
| ) | |
| JOHN HENRY MCCORY ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, by and through the undersigned counsel and pursuant to 18 U.S.C. § 3161 (h), and respectfully moves this Court to move this matter for trial from the July 9, 2007 trial docket.

In support of this Motion, defendant would show that additional information is needed, as set forth below:

1. Mr. McCory, a sixty-year old veteran of the armed services who served three tours of duty in Viet Nam and has no prior felony record, is charged with bank robbery in this Indictment.

2. Mr. McCory has been examined by Dr. Roy, an expert in the treatment of post-traumatic stress disorder. Dr. Roy has given a preliminary diagnosis of post-traumatic stress disorder, but has also identified certain symptoms which may indicate organic brain damage. Dr. Roy has recommended that defense counsel obtain additional testing of Mr. McCory, by a neurologist.

3. Defense counsel has arranged for neurological testing by the office of Dr. Ben Wouters, M.D., Ph.D., in Montgomery, Alabama, on June 28. It is anticipated that the final report from this testing cannot be completed by either the F.R.Cr.P. 11(c)(1)(C) plea deadline

of June 27 or the trial date of July 9.

4. Counsel for the prosecution does not oppose this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353