IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr002-WHA |
| | ) | |
| JOHN HENRY MCCORY | ) | |

## **ORDER**

Upon consideration of defendant's motion to transport client (Doc. # 26), filed June 15, 2007, and for good cause, it is

ORDERED that the government shall file a response, if it opposes the motion, on or before June 26, 2007.

DONE, this 25th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE