IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-2-WHA |
| | ) | |
| JOHN HENRY MCCORY | ) | |

**RESPONSE TO MOTION TO TRANSPORT CLIENT**

Comes now the United States of America, by and through its counsel Leura G. Canary, United States Attorney for the Middle District of Alabama and responds to the Defendant's Motion to Transport Client (Doc. 26) and the Court's Order (Doc. 28) as follows:

1. The Government has no objection to the Defendant being examined by a physician. However, the Government does object to the format outlined in the Defendant's Motion to Transport Client (Doc. 26). In said motion, the Defendant requests that the United States Marshal Service transport him to a doctor.

2. While the Government has no objection to his being examined, the Bureau of Prisons has adequate facilities and physicians to investigate Defendant's ailments. To mandate the United States Marshal's escort the Defendant to a doctor outside the prison system would impose an unnecessary burden on the already understaffed Marshal Service.

3. Further, security reasons mandate that the Defendant receive any necessary medical tests and/or treatment in a secure environment. Such environment can be best provided within the Bureau of Prisons.

WHEREFORE, the Government respectfully requests that Defendant's Motion to Transport Client be denied.

Respectfully submitted this the 26th day of June, 2007.

                                        LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Todd A. Brown
                                      TODD A. BROWN
                                      Assistant United States Attorney
                                      Post Office Box 197
                                      Montgomery, Alabama 36101-0197
                                      334.223.7280
                                      334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07-cr-2-WHA |
| ) | |
| JOHN HENRY MCCORY ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax