IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:07-cr-2-WHA |
| | ) | |
| JOHN HENRY MCCORY | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant

United States Attorney A. Clark Morris, as counsel of record for the United States of America in this

matter in place of Assistant United States Attorney Todd A. Brown.

Respectfully submitted this the 17th of July, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax
clark.morris@usdoj.gov


# MOTION GRANTED

THIS __18th__ DAY OF __July__ ,20 __07__

_____
UNITED STATES MAGISTRATE JUDGE