**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-02-WHA |
| ) | |
| JOHN HENRY MCCORY ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL AND PLEA DEADLINES**

**NOW COMES** the Defendant, by and through the undersigned counsel and pursuant to 18 U.S.C. § 3161 (h), and respectfully moves this Court to move this matter for trial from the August 6, 2007 trial docket and to extend the deadline for a plea agreement pursuant to F.R.Cr.P. 11(c)(1)(C) from July 25, 2007.

In support of this Motion, defendant would show that additional information is needed, as set forth below:

1. Government counsel does not oppose this motion.

2. By order of this Court (doc. 31), Mr. McCory, a sixty-year old veteran of the armed services who served three tours of duty in Viet Nam and has no prior felony record, will shortly be transported for neurological testing at the office of Dr. Ben Wouters, M.D., Ph.D., in Montgomery, Alabama.

3. The appointment for this testing was originally scheduled for June 28, was then rescheduled to a date in July, and has been rescheduled again, at the request of the U.S. Marshal Service, to a date later this month.

4. Neither the testing nor the report based on the testing will be completed by the F.R.Cr.P. 11(c)(1)(C) plea deadline of July 25 and possibly not by the trial date of August

6, 2007.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353