IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr002-WHA |
| JOHN HENRY MCCORY ) | |

### ORDER

This case is before the court on the Unopposed Motion to Continue Trial and Plea Deadlines (Doc. #36), filed by the Defendant on July 24, 2007. For the reason that additional time is needed for neurological testing and evaluation of the Defendant, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing August 6, 2007, to the term of court commencing September 17, 2007.

DONE this 25th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE