IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-02-WHA |
| ) | |
| JOHN HENRY MCCORY ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JOHN HENRY McCORY**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

The plea agreement in this case will be entered pursuant to F.R.Cr.P. 11(c)(1)(C). Undersigned counsel will be out of state from September 5 through September 9 and therefore requests that this matter be scheduled after September 10.

Dated this 5th day of September 2007.

                        Respectfully submitted;

                        s/Christine A. Freeman
                        **CHRISTINE A. FREEMAN**
                        **TN BAR NO.: 11892**
                        Attorney for John McCory
                        Federal Defenders
                        Middle District of Alabama
                        201 Monroe Street, Suite 407
                        Montgomery, AL 36104
                        TEL: (334) 834-2099
                        FAX: (334) 834-0353
                        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                    **s/Christine A. Freeman**
                    **CHRISTINE A. FREEMAN**
                    **TN BAR NO.: 11892**
                    Attorney for John McCory
                    Federal Defenders
                    Middle District of Alabama
                    201 Monroe Street, Suite 407
                    Montgomery, AL 36104
                    TEL:  (334) 834-2099
                    FAX:  (334) 834-0353
                    E-Mail: Christine_Freeman@fd.org