**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:07-cr-02-WHA** |
| | ) | |
| **JOHN HENRY MCCORY** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the Defendant, **JOHN HENRY MCCORY**, by and through undersigned counsel, and moves this Court to continue his sentencing hearing past the currently scheduled  date of December 6, 2007.  As grounds for granting this Motion, Defendant would show the following:

1.     In order to fully document Mr. McCory's mental health conditions, which are essential to the matters to be considered by the Court for appropriate sentencing, counsel has requested records from the Veterans Administration.

2.     These records have been received in part and are still being reviewed by counsel, in order to cull out the essential documents to be presented to the Court.

3.     To give counsel time to complete this task, and all parties and the Court adequate time to consider these matters, Mr. McCory respectfully requests that this Court continue his sentencing hearing for approximately 30 days or until such future date which is convenient to the Court.

4.     The Government agrees that a continuance is needed in this case and does not oppose this motion.

5.      Mr. McCory  has no objection to a continuance.

**WHEREFORE**, based upon the foregoing John McCory  respectfully requests that

this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Clark Morris, Esq., Assistant United States Attorney, One Court Square,

Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353