IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr002-WHA |
| JOHN HENRY MCCORY ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing filed on this day by the Defendant, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from December 6, 2007, and RESET for Thursday, January 10, 2008, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 5th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE