IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 3:07cr002-WHA |
| JOHN HENRY McCORY | ) |

## ORDER

Due to a conflict which has arisen in the court's schedule, the sentencing of the Defendant, previously set for January 10, 2008, at 2:00 p.m., is RESCHEDULED for January 10, 2008, at **9:00 a.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 7th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE