# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-02-WHA |
| ) | |
| JOHN HENRY MCCORY ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **JOHN HENRY MCCORY**, by and through undersigned counsel, and moves this Court to continue his sentencing hearing past the currently scheduled date of January 10, 2008. As grounds for granting this Motion, Defendant would show the following:

1. Defense counsel just learned that Mr. McCory has filed pro se objections to the presentence report.

2. Defense counsel has just received a copy of the objection and will be unable to visit with Mr. McCory prior to the scheduled sentencing at 9:00 a.m. on January 10, due to conflicting schedule obligations.

3. To give counsel time to complete this task, and all parties and the Court adequate time to consider these matters, Mr. McCory respectfully requests that this Court continue his sentencing hearing.

4. The Government does not oppose this motion.

**WHEREFORE**, based upon the foregoing, defense respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Clark Morris, Esq., Assistant United States Attorney, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for John McCory
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353