UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 FEB -7 A 9:18
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA )
)
VS. ) CASE NO.: 3:07CR002-WHA
)
JOHN HENRY McCORY )

## NOTICE OF APPEAL

Comes now, the defendant, in the above style cause of action hereby files this his written Notice of Appeal.

Done, this 31st day of January 2008.

Respectfully Submitted,

John H McCory Jr
John Henry McCory
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36101

1. Issue on Appeal will be "Ineffective Assistance of Counsel, where counsel failed to file objection to P.S.I. Report.

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I mailed a copy of the foregoing, via U.S. Postal mail service, to the following:

A. Clark Morris
P.O. Box 197
Montgomery, AL 36101

*John H. McCory Jr.*
John Henry McCory
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36101

John Henry McClary  
Montgomery City Jail  
P.O. Drawer 159  
Montgomery, AL 36101



MONTGOMERY AL 361  
06 FEB 2008 PM 1 L

Debra P. Hackett  
Office of Clerk  
P.O. Box 711  
Montgomery, AL 36101

36101+0711