RECEIVED

2008 MAR 14 A 10: 31

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 13, 2008

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA

TO:   Christine A. Freeman

CC:   Debra P. Hackett

CC:   A. Clark Morris

CC:   Christopher A. Snyder

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 13, 2008

Christine A. Freeman
Federal Defender, MAL
201 MONROE ST STE 1960
MONTGOMERY AL 36104-3727

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1.

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

c: District Court Clerk

DIS-1 (02-2008)