AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | JOHN HENRY MCCORY | Judgment — Page 2 of 6 |
| CASE NUMBER: | 3:07cr002-WHA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**46 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where mental health treatment and intensive drug treatment are available, with a priority being given to mental health treatment.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**MAY 29 2008**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **April 3, 2008** to **FCC Coleman-Low**
at **Coleman, Fl**, with a certified copy of this judgment.

Mary M. Mitchell, Warden
UNITED STATES MARSHAL

By _D. Timmons_, ISO
DEPUTY UNITED STATES MARSHAL