Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY AL 36104-4055

June 09, 2008

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA

TO:    John Henry McCory (12117-002)

CC:    Christine A. Freeman

CC:    Debra P. Hackett

CC:    A. Clark Morris

CC:    Christopher A. Snyder

CC:    Leura Garrett Canary

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 09, 2008

John Henry McCory (12117-002)
Coleman FCI-Low
PO BOX 1031
COLEMAN  FL  33521-1031

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number:  07-00002 CR-WHA

Enclosed is a copy of the motion filed by your attorney to withdraw from representing you in the above appeal.

You may hire another attorney to represent you in this matter and to enter an appearance on your behalf within fourteen (14) days.  You may instead respond to this motion within fourteen (14) days from the date of this letter.  In your response you should state whether you wish to proceed pro se or if instead you are indigent and seek to have an attorney selected by the court appointed to represent you.

The motion to withdraw, along with your response, if any, will be submitted to the court for ruling within fourteen (14) days.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

APPT-5 (04-2007)