Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

August 12, 2008

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number:  07-00002  CR-WHA ()

CC:   Christine A. Freeman

CC:   Debra P. Hackett

CC:   A. Clark Morris

CC:   Christopher A. Snyder

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-10597-F

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 1 2 2008

THOMAS K. KAHN
CLERK
```

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN HENRY MCCORY,

Defendant-Appellant.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Counsel's motion for leave to withdraw is GRANTED due to the incompatibility between counsel and the appellant. 11th Cir. R. 46-1(h)(3). The Clerk is ordered to appoint substitute counsel for appellant.

/s/ R. Lanier Anderson
UNITED STATES CIRCUIT JUDGE

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia