Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

August 21, 2008

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA ()

CC: Jeffery C. Duffey

CC: Debra P. Hackett

CC: Patricia Starkie

CC: A. Clark Morris

CC: Christopher A. Snyder

CC: Leura Garrett Canary

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 21, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA ()

The following action has been taken in the referenced case:

   The enclosed order has been ENTERED.



              Sincerely,

              THOMAS K. KAHN, Clerk

              Reply To: Mildred Norwood (404) 335-6185

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-10597-F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 18 2008
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

versus

JOHN HENRY MCCORY,

                                                    Defendant-Appellant.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

IT IS ORDERED that the following attorney is appointed to represent John Henry McCory in the above cause:

    Name: Jeffery C. Duffey

    Address: 600 S. McDonough St.

        Montgomery, AL 36104

Telephone: <u>334-834-4100</u>

_[signature]_
UNITED STATES CIRCUIT JUDGE

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _[signature]_ Norwood
Deputy Clerk
Atlanta, Georgia

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

August 21, 2008

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA

TO:   Jeffery C. Duffey

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 21, 2008

Jeffery C. Duffey
Attorney at Law
600 S MCDONOUGH ST
MONTGOMERY AL 36104-5812

**Appeal Number: 08-10597-F**
Case Style: USA v. John Henry McCory
District Court Number: 07-00002 CR-WHA

Party To Be Represented: John Henry McCory

Dear Counsel:

We are pleased to advise that you have been appointed to represent on appeal the indigent litigant named above. This work is comparable to work performed pro bono publico. The fee which you will receive likely will be less than your customary one due to limitations on the hourly rate of compensation contained in the Criminal Justice Act (18 U.S.C.§ 3006A), and consideration of the factors contained in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

Your Criminal Justice Act (CJA) Voucher is enclosed. The following additional documents are available on the internet at www.ca11.uscourts.gov:

- Instructions for Completing CJA Voucher
- Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information
- Addendum Four to the Eleventh Circuit Rules entitled "Eleventh Circuit Plan Under the Criminal Justice Act"

For questions concerning the CJA voucher, or if you do not have internet access and would like copies of these documents mailed to you, you may call the CJA Clerk at 404-335-6122. For all other questions, please call the "Reply To" number shown below.

Within 10 days from this date, you must file the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after filing the notice of appeal, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required by for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled.

Within fourteen (14) days from this date, you must file a Transcript Information Form, as required

by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS FROM THE DATE OF THIS LETTER. See 11th Cir. R. 31-1(b).

Your claim for compensation under the Act should be submitted within 60 days after issuance of mandate or filing of a *cert.* petition. We request that you enclose with your completed CJA Voucher one additional copy of each brief, petition for rehearing, and *cert.* petition which you have filed. Please ensure that your voucher includes a detailed description of the work you performed.

Thank you for accepting this appointment under the Criminal Justice Act.

        Sincerely,

        THOMAS K. KAHN, Clerk

        Reply To: Mildred Norwood (404) 335-6185

CJA-1 (8-2007)